UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE CAREY,

    Plaintiff,

v.

OFFICE AND PROFESSIONAL EMPLOYEES' INTERNATIONAL UNION, LOCAL 23 and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 612,

    Defendants.

Case No. C04-5438FDB

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

On July 6, 2005 Plaintiff Carey moved for relief from judgment at the same time she filed her notice of appeal. Even if the Court could properly consider Carey's motion at this time, Carey has not persuaded the Court that it should reconsider the rulings it has already made. ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Relief from Judgment [Dkt. # 115] is DENIED.

DATED this 12th day of July 2004.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1